

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-77,198-07

**EX PARTE ALEJANDRO GONZALES, Applicant**

## ON APPLICATION FOR A WRIT OF HABEAS CORPUS CAUSE NO. 1152889-F IN THE 248TH DISTRICT COURT FROM HARRIS COUNTY

*Per curiam.*

## O R D E R

Applicant was convicted of aggravated sexual assault of a child and sentenced to forty years' imprisonment. The First Court of Appeals affirmed his conviction. *Gonzales v. State*, No. 01-08-00173-CR (Tex. App.—Houston [1st Dist.] July 16, 2009). Applicant filed this application for a writ of habeas corpus in the county of conviction, and the district clerk forwarded it to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07.

Applicant contends, among other things, that he is actually innocent. He has filed a document with his application purporting to be affidavit from the complainant. After a remand, the trial court has found that the purported affidavit is fraudulent and that the notary public listed in the affidavit did not notarize the document.

We agree and hold that Applicant has abused the writ and filed a frivolous lawsuit.  *See Ex parte Jones*, 97 S.W.3d 586 (Tex. Crim. App. 2003); TEX. GOV'T CODE § 498.0045(a-1).  Should Applicant file future habeas applications in this cause, we will not consider the merits of his applications unless he shows that the factual or legal basis of his grounds was unavailable in a previously filed application.  This application is dismissed.

Copies of this order shall be sent to the Texas Department of Criminal Justice–Correctional Institutions Division and the Board of Pardons and Paroles.

Filed:  January 12, 2022

Do not publish